DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT T. FROST,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION,** as Trustee, on behalf of the Holders of the **WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA5,**
Appellee.

No. 4D17-2799

[July 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE13-021784(11).

Michael J. Wrubel of Michael Jay Wrubel, P.A., Davie, for appellant.

William L. Grimsley and Charles E. Stoecker of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***